ROBERT TAFOYA, Esq., SBN 194444
DAVID GARCIA, Esq., SBN 218356
TAFOYA & GARCIA LLP
316 W. 2nd St., Suite 1000
Los Angeles, CA 90012
Tel: 213.617.0600
Fax: 213.617.2226
robert@tafoyagarcia.com
david@tafoyagarcia.com

Attorneys for Plaintiffs
CRELENCIO CHAVEZ and JOSE ZALDIVAR

MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY, SBN 168181
JENNIFER SVANFELDT, SBN 233248
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
emeckley@morganlewis.com
jsvanfeldt@morganlewis.com

Attorneys for Defendant
LUMBER LIQUIDATORS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRELENCIO CHAVEZ and JOSE ZALDIVAR, an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LUMBER LIQUIDATORS, INC. a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C-09-04812 SC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CLASS CERTIFICATION DISCOVERY CUTOFF AND CLASS CERTIFICATION HEARING DATES** |

Plaintiffs Crelencio Chavez and Jose Zaldivar ("Plaintiffs") and Defendant Lumber Liquidators, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the class certification discovery cutoff date and hearing on Plaintiffs' motion for class certification pursuant to Civil Local Rules 6-1 and 6-2 of the Northern District of California, as follows:

WHEREAS, following the case management conference on July 29, 2011, the Court set the following class certification discovery cutoff and hearing dates:

<u>November 21, 2011</u>: Class Certification Discovery Cutoff

<u>December 9, 2011 at 10:00 a.m.</u>: Hearing on Plaintiffs' Motion for Class Certification

WHEREAS, Plaintiffs request an order extending the discovery cutoff date and hearing on Plaintiffs' Motion for Class Certification for the following reasons:

a. Plaintiffs' motion for class certification must be filed no later than November 4, 2011 pursuant to Civil Local Rule 7-2 of the Northern District of California.

b. The Parties have been actively engaged in extensive settlement discussions up to the present.

c. The Parties originally agreed that Defendant would complete the duly noticed deposition of Plaintiff Chavez on October 26, 2011 in Los Angeles, California. Because Plaintiffs' counsel is about to commence two different trials, he is unable to produce Plaintiff Chavez for his deposition until at least December 2011.

d. Plaintiffs were scheduled to take the deposition of Defendant's Federal Rule of Civil Procedure 30(b)(6) witness (regarding class issues such as size, work hours, and pay) on October 27, 2011, in Los Angeles, California. Defendant's 30(b)(6) witness, a Senior Vice President and executive-level employee of Defendant who lives on the East Coast, changed his work schedule and made arrangements to travel in California the week of October 27, and has already arrived in California. Due to his executive work commitments and pre-scheduled travel, the witness is not available to travel to California for deposition again until the second week of December 2011.

e. The Parties must complete necessary discovery and depositions prior to the

class certification motion and opposition filing deadlines, which they now cannot complete because of Plaintiffs' counsel's scheduling conflicts.

    f. Plaintiffs' counsel now has a trial that interferes with the filing of Plaintiffs' motion for class certification. Plaintiffs' attorneys are lead counsel in the matter of *German Bran v. JR's Tires*, Case No. CIVDS903989, pending in the San Bernardino Superior Court, Department S37, which as of October 24, 2011 is scheduled for trial on Wednesday, October 26, 2011. The trial date initially was scheduled on September 12, 2011. Plaintiffs' counsel is also handling a second trial set to commence on November 10, 2011, in the matter of *Terastrvatsatryan v. Mission Metals* (RIC10004397). (*See* attached Declaration of David A. Garcia, ¶¶2-4, and corresponding dockets are attached as Exhibits thereto).

  WHEREAS, no prior extensions of time have been requested or granted.

  WHEREAS, the Parties stipulate that Civil Local Rule 7-3 will not apply to the stipulated class certification briefing schedule.

  THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that the Court continue the November 21, 2011 class certification discovery cutoff deadline to January 27, 2012 and to set the following class certification briefing schedule:

  <u>December 30, 2011</u>: Deadline for Plaintiffs to file motion for class certification
  <u>January 27, 2012</u>: Deadline for Defendant to file opposition to class certification
  <u>February 10, 2012</u>: Deadline for Plaintiffs to file reply in support of class certification

///
///
///
///
///
///
///
///

2        Case No. C-09-04812 SC
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION DISCOVERY CUTOFF AND CLASS CERTIFICATION HEARING DATES

February 24, 2012 at 10:00 a.m.:   Hearing on Plaintiffs' motion for class certification

Dated: October 25, 2011                    MORGAN, LEWIS & BOCKIUS LLP

By _____
Eric Meckley
Jennifer Svanfeldt

Attorneys for Defendant
Lumber Liquidators, Inc.

Dated: October 25, 2011                    TAFOYA & GARCIA LLP

By _____
David A. Garcia

Attorneys for Plaintiffs
Crelencio Chavez and Jose Zaldivar

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 26, 2011

IT IS SO ORDERED
*Samuel Conti*
Judge Samuel Conti

3

Case No. C-09-04812 SC

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION DISCOVERY CUTOFF AND CLASS CERTIFICATION HEARING DATES