MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY, SBN 168181
JENNIFER SVANFELDT, SBN 233248
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
emeckley@morganlewis.com
jsvanfeldt@morganlewis.com

Attorneys for Defendant
LUMBER LIQUIDATORS, INC.

ROBERT TAFOYA, Esq., SBN 194444
DAVID GARCIA, Esq., SBN 218356
TAFOYA & GARCIA LLP
316 W. 2nd St., Suite 1000
Los Angeles, CA 90012
Tel: 213.617.0600
Fax: 213.617.2226
robert@tafoyagarcia.com
david@tafoyagarcia.com

Attorneys for Plaintiffs
CRELENCIO CHAVEZ and JOSE ZALDIVAR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRELENCIO CHAVEZ and JOSE ZALDIVAR, an individual and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LUMBER LIQUIDATORS, INC. a Delaware Corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. C-09-04812 SC <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CLASS CERTIFICATION HEARING DATE AND BRIEFING SCHEDULE** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. C-09-04812 SC
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING DATE AND CLASS CERTIFICATION BRIEFING SCHEDULE

Pursuant to Civil Local Rules 6-1 and 6-2 of the Northern District of California, Plaintiffs Crelencio Chavez and Jose Zaldivar ("Plaintiffs") and Defendant Lumber Liquidators, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to continue the class certification hearing date from Friday, February 24, 2012 to Friday, March 30, 2012. This stipulation is supported by the Declaration of Jennifer Svanfeldt filed concurrently herewith.

The Parties represent and agree as follows:

WHEREAS, in an Order dated October 26, 2011 (Docket No. 50), the Court set the following class certification hearing date and briefing schedule pursuant to a Joint Stipulation filed by the Parties:

<u>December 30, 2011</u>: Deadline for Plaintiffs to file motion for class certification

<u>January 27, 2012</u>: Deadline for Defendant to file opposition to class certification

<u>February 10, 2012</u>: Deadline for Plaintiffs to file reply in support of class certification

<u>February 24, 2012</u>: Hearing on Plaintiffs' motion for class certification.

WHEREAS, Plaintiffs filed a Motion for Class Certification on December 30, 2011. In support of their motion Plaintiffs submitted declarations from seven (7) putative class member witnesses ("declarants"), along with other supporting documents.

WHEREAS, since January 4, 2012 -- two business days after the motion was filed -- the Parties have been working cooperatively and diligently to schedule the depositions of the seven (7) declarants. Defendant served notices of deposition and subpoenas compelling the witnesses' appearances at deposition. However, certain scheduling limitations have precluded Plaintiffs from producing all of the declarants for deposition within a sufficiently reasonable period of time prior to the deadline for Defendant's opposition. These scheduling issues include the fact that all but one of the seven (7) declarants are former employees of Lumber Liquidators and have their own work and/or other personal commitments, and Plaintiffs' attorneys are lead counsel in another matter pending in the Los Angeles Superior Court that is scheduled for trial on January 17, 2012.

///

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    Case No. C-09-04812 SC
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING DATE AND CLASS CERTIFICATION BRIEFING SCHEDULE

1   WHEREAS, the Parties agree that continuing the class certification hearing date and the
2   opposition and reply deadlines will allow the depositions of the declarants to be completed in
3   sufficient time so as to not unduly prejudice Defendant in preparing its opposition and represents
4   the most reasonable and efficient way to resolve the Parties' deposition scheduling dispute. The
5   continuance also eliminates the need for the Court and the Parties to expend their respective time
6   and resources litigating a motion to compel on an expedited basis regarding the scheduling of
7   these depositions.

8   WHEREAS, in order to avoid a further request to continue the briefing schedule and for
9   the same fairness reasons articulated above, Defendant agrees to produce, subject to and without
10  waiving any applicable limitations set forth in F.R.C.P. 30, persons for whom Defendant has
11  submitted declarations in opposition to Plaintiffs' motion for class certification and for whom
12  Plaintiff has properly noticed their deposition at least seven (7) days before Plaintiffs' deadline to
13  file its Reply brief. Plaintiffs agree to notify Defendant of the names of the specific persons that
14  Plaintiffs desire to depose no later than February 15, 2012.

15  WHEREAS, one prior extension of time has been requested and granted. The prior
16  extension was necessitated by the trial schedules of Plaintiffs' attorneys.

17  WHEREAS, the Parties stipulate that Civil Local Rule 7-3 will not apply to this stipulated
18  class certification briefing schedule.

19  THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant
20  that the Court grant a continuance of the existing deadlines/hearing date and order the following:

21  <u>February 10, 2012</u>:   Deadline for Defendant to file opposition to class certification
22  <u>March 2, 2012</u>:   Deadline for Plaintiffs to file reply in support of class certification
23  <u>March 30, 2012 at 10:00 a.m.</u>:   Hearing on Plaintiffs' motion for class certification

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3   Case No. C-09-04812 SC
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING
DATE AND CLASS CERTIFICATION BRIEFING SCHEDULE

**IT IS SO STIPULATED.**

Dated: January 12, 2012                         MORGAN, LEWIS & BOCKIUS LLP


By      /s/ Jennifer Svanfeldt
        Eric Meckley
        Jennifer Svanfeldt

        Attorneys for Defendant
        Lumber Liquidators, Inc.

Dated: January 12, 2012                         TAFOYA & GARCIA LLP


By      /s/ David A. Garcia
        David A. Garcia

        Attorneys for Plaintiffs
        Crelencio Chavez and Jose Zaldivar


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 1/13/12

The Hon. _____
United States _____ Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4                                    Case No. C-09-04812 SC
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING
DATE AND CLASS CERTIFICATION BRIEFING SCHEDULE