1  MORGAN, LEWIS & BOCKIUS LLP
   ERIC MECKLEY, SBN 168181
2  JENNIFER SVANFELDT, SBN 233248
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   emeckley@morganlewis.com
5  jsvanfeldt@morganlewis.com

6  Attorneys for Defendant
   LUMBER LIQUIDATORS, INC.
7

8  ROBERT TAFOYA, Esq., SBN 194444
   DAVID GARCIA, Esq., SBN 218356
9  TAFOYA & GARCIA LLP
   316 W. 2nd St., Suite 1000
10 Los Angeles, CA 90012
   Tel: 213.617.0600
11 Fax: 213.617.2226
   robert@tafoyagarcia.com
12 david@tafoyagarcia.com

13 Attorneys for Plaintiffs
   CRELENCIO CHAVEZ and JOSE ZALDIVAR
14

15                 UNITED STATES DISTRICT COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 | CRELENCIO CHAVEZ and JOSE ZALDIVAR, an individual and on behalf of all others similarly situated, | Case No. C-09-04812 SC-DMR |
19 | | **JOINT STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' MOTION TO QUASH DEFENDANT'S DEPOSITION SUBPOENA TO CARLOS ALVA** |
20 | Plaintiffs, | |
21 | vs. | Location: Courtroom 1, 17th Floor |
22 | LUMBER LIQUIDATORS, INC. a Delaware Corporation; and DOES 1 through 20, inclusive, | Judge: Hon. Donna M. Ryu |
23 | | |
24 | Defendants. | |

Case No. C-09-04812 SC
JOINT STIPULATION RE PLAINTIFFS' MOTION TO QUASH DEFENDANT'S DEPOSITION SUBPOENA TO CARLOS ALVA

1     Pursuant to this Court's Notice of Reference and Order re Discovery Procedures, Plaintiffs Crelencio Chavez and Jose Zaldivar ("Plaintiffs") and Defendant Lumber Liquidators, Inc. ("Defendant") (collectively, the "parties") represent and agree as follows:

    WHEREAS, on February 29, 2012, Plaintiffs filed a Motion to Quash Defendant's Deposition Subpoena to Carlos Alva ("Motion").

    WHEREAS, on March 2, 2012, pursuant to Local Rule 6-3, Defendants filed an Unopposed Motion to Shorten Time to Hear Plaintiffs' Motion to Quash Deposition Subpoena.

    WHEREAS, on March 5, 2012, the Court referred the subject of Plaintiffs' Motion and all further discovery matters to a Magistrate Judge to be heard and considered at the convenience of his or her calendar.

    WHEREAS, on March 5, 2012, the Court issued a Notice of Reference and Order Re Discovery Procedures, pursuant to which the parties are required to submit a joint letter regarding the instant discovery dispute by March 9, 2012.

    WHEREAS, pursuant to the Court's Notice of Reference and Order Re Discovery Procedures, the parties have met and conferred telephonically regarding the subject of Mr. Alva's deposition.

    WHEREAS, as a result of meeting and conferring, Plaintiffs agree to produce Mr. Alva for deposition on Wednesday, March 14, 2012 at 10:00 a.m. at the law offices of Morgan Lewis & Bockius, located at 300 South Grand Avenue, Los Angeles, California, 90071, (415) 612-2500.

    WHEREAS, the parties agree that the scope of the deposition shall encompass any non-privileged matter that is relevant to either party's claim or defense to the class certification issues, including, but not limited to, the two declarations recently submitted to the Court by Mr. Alva, the nature of his relationship with both of the named Plaintiffs, and the existence, description, nature, custody, condition, and location of any documents and the identity and location of persons who know of any discoverable matter.

    WHEREAS, in order to avoid further potential delay, the parties agree that in the event any disputes arise during the deposition of Mr. Alva on March 14, 2012, they will contact the Clerk for the Magistrate Judge during the deposition and request a telephone conference so that, if

she is available, the parties' dispute may be resolved by the Magistrate Judge immediately during the deposition via telephonic hearing and there will be no further delays in obtaining Mr. Alva's deposition testimony.

**IT IS SO STIPULATED**

Dated: March 9, 2012						MORGAN, LEWIS & BOCKIUS LLP


							By _____/S/ *Eric Meckley*_____
								Eric Meckley
								Jennifer Svanfeldt

								Attorneys for Defendant
								Lumber Liquidators, Inc.

Dated: March 9, 2012						TAFOYA & GARCIA LLP


							By _____/S/ *David A. Garcia*_____
								David A. Garcia

							Attorneys for Plaintiffs
							Crelencio Chavez and Jose Zaldivar


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: __March 9, 2012_____		_____
								The Honorable Donna M. Ryu
								United States Magistrate Judge