Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
1730 S. El Camino Real, Suite 270
San Mateo, CA  94402
www.lexanalytica.com
pjn@lexanalytica.com
Tel: 650-814-7688
Fax: 650-215-2971

Attorneys for Plaintiff
SENSIBLE FOODS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SENSIBLE FOODS, LLC, | CASE NO. 3:11-cv-02819 SC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEYS BY PLAINTIFF SENSIBLE FOODS, LLC** |
| v. | |
| WORLD GOURMET, INC., *et al.* | |
| Defendants. | |

The Substitution Of Attorneys By Plaintiff SENSIBLE FOODS, LLC submitted by Plaintiff on March 8, 2012 is hereby approved and accepted.

IT IS SO ORDERED.

Dated: __March 15, 2012__          _____
                                   UNITED STATES DISTRICT COURT JUDGE

1

[Proposed] Order Granting Substitution of Attorneys
Sensible Foods, LLC v. World Gourmet, Inc., et al. -- No. 3:11-cv-02819 SC