IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRELENCIO CHAVEZ and JOSE ZALDIVAR, on behalf of all others similarly situated, | No. C 09-4812 CW |
| | ORDER DIRECTING PARTIES TO FILE STATUS REPORT |
| Plaintiffs, | |
| v. | |
| LUMBER LIQUIDATORS, INC., and DOES 1 through 20, inclusive, | |
| Defendants. | |

        This class action case was recently reassigned to the undersigned.  The Court notes that there has been no activity on the docket since May 8, 2015, when Judge Conti denied the motion for preliminary approval of the parties' proposed settlement. Within one week of the date of this order, the parties shall file a joint status report informing the Court of the case status and proposing a schedule for the future course of this litigation.  If the parties are unable to agree on a proposed schedule, each party may propose its own schedule and shall include a brief statement indicating why the Court should adopt its proposal.

        IT IS SO ORDERED.

Dated: November 6, 2015

_____
CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California