IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRELENCIO CHAVEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LUMBER LIQUIDATORS, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 09-4812 CW<br><br>ORDER FOR SUPPLEMENTAL DOCUMENTATION |

　　On January 29, 2016, the parties filed a joint proposal, Docket No. 169, pursuant to the Court's Minute Entry filed on December 22, 2015, Docket No. 165.

　　Within one week of the filing of this order, the parties shall file the joint stipulation partially decertifying the previously certified class outlined in their joint proposal. The parties shall also file an amended settlement agreement consistent with both their joint proposal and the Notice of Class Action Settlement filed as Exhibit A to their joint proposal.

　　IT IS SO ORDERED.

Dated: February 3, 2016

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge