IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRELENCIO CHAVEZ, et al.,                  No. C 09-4812 CW

    Plaintiffs,                              ORDER

  v.

LUMBER LIQUIDATORS, INC.,

    Defendant.

_____/

On February 10, 2016, the parties filed their Joint Stipulation of Class Action Settlement. The release portion of the Class Notice states, "These claims are only released to the extent that they relate to (a)-(d) listed above." Docket No. 172 at 40. This sentence does not appear in the "Released Claims" definition in the Proposed Settlement. Further, the Proposed Settlement releases "any and all claims arising under any applicable California Industrial Welfare Commission Wage Order(s)," ¶ 2.23, which the Class Notice does not disclose.

The Court assumes these inconsistencies are inadvertent. Within one week of the filing of this order, the parties shall make consistent the Class Notice and the Proposed Settlement or explain their position.

Further, the timeline for class counsel to file its attorneys' fees motion does not permit objectors enough time to review the motion. Irrespective of the Proposed Settlement, the

1  Court will and does order class counsel to file its motion
2  fourteen days before the objection deadline.
3      IT IS SO ORDERED.

5  Dated: February 17, 2016

   CLAUDIA WILKEN
   United States District Judge