IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRELENCIO CHAVEZ, et al.,           No. C 09-4812 CW

    Plaintiffs,                 ORDER ON REQUEST
                                   FOR CLARIFICATION
   v.

LUMBER LIQUIDATORS, INC.,

    Defendant.
_____/

    The Court declines to move the final approval motion deadline.  However, the parties may file a supplemental declaration within two weeks of the opt-out deadline providing the Court with information regarding opt-outs and objections.

    IT IS SO ORDERED.

Dated:  May 13, 2016

CLAUDIA WILKEN
United States District Judge